Thomas A. Kearney, State Bar No. 90045
tak@kearneylittlefield.com
Prescott W. Littlefield, State Bar No. 259049
pwl@kearneylittlefield.com
**KEARNEY LITTLEFIELD LLP**
633 W. Fifth Street, 28th Floor
Los Angeles, CA 90071
Telephone (213) 473-1900
Facsimile (213) 473-1919

Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
**STONEBARGER LAW**
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

*Attorneys for Plaintiff Mendez and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MENDEZ, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>C-TWO GROUP, INC.; MOBILESOTRM, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.3:13-cv-05914-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [P~~ROPO~~SED] ORDER**<br><br>Current Date: May 15, 2014<br>Current Time: 9:00 a.m.<br>Courtroom:    5, 17th Floor |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2   Plaintiff Jamie Mendez and Defendant C-Two Group, Inc., by and through their

3   respective counsel of record, hereby stipulate as follows:

4   WHEREAS, Plaintiff filed the Complaint in this Action in state court on November 5,

5   2013;

6   WHEREAS, the Summons and Complaint were served on Defendants on November 21,

7   2014;

8   WHEREAS, Defendants removed this Action to this Court on December 20, 2013;

9   WHEREAS, this Action was assigned to this Court on January 9, 2014;

10   WHEREAS, on March 11, 2014, this Court scheduled the Case Management Conference

11   for May 15, 2014;

12   WHEREAS, Defendant C-Two Group, Inc. filed an Answer to Plaintiff's First Amended

13   Class Action Complaint on March 14, 2014;

14   WHEREAS, the Court's Minutes from Defendant MobileStorm's Motion to Dismiss

15   advises the parties that the Court intends to discuss ADR options at the Case Management

16   Conference currently set for May 15, 2014;

17   WHEREAS, pursuant to the discussions between counsel, Plaintiff believes that it is

18   necessary to add additional parties that may be liable for some or all of Plaintiff's allegations in

19   the First Amended Class Action Complaint;

20   WHEREAS, Plaintiff is currently investigating the identities of all other potential parties

21   to this case in order to properly bring them before the Court prior to the Case Management

22   Conference;

23   WHEREAS, it is Plaintiff's belief that any discussion of ADR will be more productive

24   with all potentially liable parties before the Court;

25   ///

26   ///

27   ///

28   ///

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED pursuant to Local Rule 7-12 and the Court's Civil

2  Standing Order that the Case Management Conference currently scheduled for May 15, 2014

3  shall be continued for 63 days, to Thursday, July ~~17~~ 24, 2014 at 9:30 a.m.

4  Dated: April 25, 2014                        KEARNEY LITTLEFIELD, LLP
5                                               STONEBARGER LAW, APC

6
7                                               By: /s/ Richard D. Lambert
                                                    Richard D. Lambert
8                                                   Attorneys for Plaintiff and the Class

9  Dated: April 25, 2014                        WALSWORTH, FRANKLIN, BEVINS &
10                                               McCALL, LLP

11
12                                              By: /s/ Laurie E. Sherwood
                                                    LAURIE E. SHERWOOD
13                                                  ALEXANDER F. PEVZNER
                                                    Attorneys for Defendant
14                                                  C-TWO GROUP, INC.

15
16  I, Richard D. Lambert, hereby attest that pursuant to LR 5-1(i) I have on file concurrence for

17  any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

18
                                                /s/ Richard D. Lambert
19                                              Richard D. Lambert

20
21
                            **[**~~PROPOSED~~**] ORDER**
22
    PURSUANT TO STIPULATION, IT IS SO ORDERED.  (modified)
23
              4/28/14
24  Dated:_____                      _____
25                                              Hon. Edward M. Chen
                                                United States District Court Judge
26                                              Northern District of California
27
28

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER