**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE MENDEZ, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>C-TWO GROUP, INC.; MOBILESTORM, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.3:13-cv-05914-EMC<br><br>**[~~PROP~~OSED] ORDER CONTINUING CLASS CERTIFICATION DEADLINES AND CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that:

1. the deadline to file Plaintiff's Motion for Class Certification is continued from January 8, 2015 to March 13, 2015;

2. the deadline to file Opposition to Plaintiff's Motion for Class Certification is continued from February 5, 2015 to April 10, 2015;

3. the deadline to file Reply to Defendants' Opposition is continued from February 26, 2015 to May 1, 2015;

4. the hearing on Plaintiff's Motion for Class Certification is continued from March 19, 2015 to May 28, 2015 at 1:30 p.m., or any date thereafter to be scheduled at the convenience of the Court; and

5. the Case Management Conference currently scheduled for December 4, 2014 at 10:30 a.m. is continued to February 12, 2015 at 10:30 a.m., and the parties shall file an updated joint case management conference statement on or before February 4, 2015. No further continuances will be granted.

Dated: ___9/15/14_____

_____
Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-1-
[PROPOSED] ORDER CONTINUING CLASS CERTIFICATION DEADLINES AND CASE MANAGEMENT CONFERENCE