UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE MADRIGAL MENDEZ,

    Plaintiff,

  v.

C-TWO GROUP, INC., et al.,

    Defendants.

Case No.  13-cv-05914-HSG

**SCHEDULING ORDER**

Having considered the parties' proposed joint case schedule filed on June 9, 2015 (Dkt. No. 77), and pursuant to the discussion at the class certification hearing held on May 28, 2015, the Court hereby sets the following schedule:

| | |
|---|---|
| Last day to file dispositive motions: | **August 6, 2015** |
| Last day to file oppositions: | **September 7, 2015** |
| Last day to file replies: | **September 22, 2015** |
| Dispositive motions hearing date: | **October 15, 2015** |
| Rule 26 initial expert disclosures due: | **January 22, 2016** |
| Rule 26 rebuttal expert disclosures due: | **February 19, 2016** |
| Close of fact and expert discovery: | **March 18, 2016** |

The court will set Pretrial Conference and Trial dates after the hearing on dispositive motions.

**IT IS SO ORDERED.**

Dated:  6/15/2015

                                                  HAYWOOD S. GILLIAM, JR.
                                                United States District Judge