1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    JAMIE MADRIGAL MENDEZ,                           Case No.  13-cv-05914-HSG

              Plaintiff,
8
                                                       **ORDER DENYING STIPULATION
9         v.                                           REGARDING PROPOSED CLASS
                                                       NOTICE PLAN AND DIRECTING AN
10   C-TWO GROUP, INC., et al.,                        AMENDED STIPULATION**

              Defendants.                              Re: Dkt. No. 93
11

12          Before the Court is the stipulation setting forth the proposed class notice plan filed by

13   Plaintiff Jamie Mendez ("Plaintiff") and Defendants C-Two Group, Inc. and C & L Associates,

14   Inc. (collectively, "Defendants").  Dkt. No. 93 ("Stip.").  The Court has carefully considered the

15   proposed notice plan and hereby **DENIES** the stipulation and **DIRECTS** the parties to file an

16   amended stipulation and proposed notice plan that is drafted in light of the comments below.

17          "[Federal] Rule [of Civil Procedure] 23(d) gives district courts the power to regulate the

18   notice and opt-out processes[.]"  *Wang v. Chinese Daily News, Inc.*, 623 F.3d 743, 756 (9th Cir.

19   2010), *vacated on other grounds by Chinese Daily News, Inc. v. Wang*, 132 S. Ct. 74 (2011); Fed

20   R. Civ. P. 23(d) ("[T]he court may issue orders that . . . deal with [Rule 23] procedural matters.").

21          The parties' proposed notice program provides for notice to the class by email.  Stip. ¶ 5.c.

22   The proposed notice program further provides that requests for exclusion from the class "shall be

23   addressed to the Court [courtesy of] the Notice Administrator [at a mailing address.]"  *Id.* ¶ 5.f.

24   Class members are not provided with any opt-out form, but instead must create their own form

25   that must include: "(1) the name of this lawsuit *Mendez v. C-Two Group, Inc., et al.*, Case No. 13-

26   cv-05914-HSG; (2) the Class member's full name and current address; (3) a clear statement of the

27   intention to opt out of the Class, such as 'I wish to be excluded from the Class'; and (4) the Class

28   member's signature[.]"  *Id.* ¶ 6.

United States District Court
Northern District of California

1    The Court finds that the following changes to the parties' proposed method for submitting

2  requests for exclusion are required.  Class members must be provided with a standard opt-out form

3  that is attached to the notice email along with the class notice, which itself should be amended to

4  reflect the inclusion of an opt-out form.  Under no circumstances should the opt-out form (or any

5  other comment form) be addressed to the Court, even if only "courtesy of" the class administrator.

6  Under this approach, the Court may well receive some communications from the class that are

7  appropriately addressed to the class administrator.

8    Finally, in their amended stipulation, the parties should explain their plan for providing

9  notice to those class members for whom the initial email notice "bounces back" as undeliverable.

10

11    **IT IS SO ORDERED.**

12  Dated: December 28, 2015

13

14  _____

15  HAYWOOD S. GILLIAM, JR.
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2