1   Thomas A. Kearney, State Bar No. 90045
    tak@kearneylittlefield.com
2   Prescott W. Littlefield, State Bar No. 259049
    pwl@kearneylittlefield.com
3   **KEARNEY LITTLEFIELD LLP**
4   3436 N. Verdugo Rd., Ste. 230
    Glendale, CA 91208
5   Telephone (213) 473-1900
    Facsimile  (213) 473-1919
6

    Gene J. Stonebarger, State Bar No. 209461
7   gstonebarger@stonebargerlaw.com
8   Richard D. Lambert, State Bar No. 251148
    rlambert@stonebargerlaw.com
9   **STONEBARGER LAW**
    A Professional Corporation
10  75 Iron Point Circle, Suite 145
    Folsom, CA 95630
11  Telephone (916) 235-7140
12  Facsimile (916) 235-7141

13  *Attorneys for Plaintiff Mendez and the Class*

14
                **UNITED STATES DISTRICT COURT**
15
               **NORTHERN DISTRICT OF CALIFORNIA**
16

17  JAMIE MENDEZ, an individual, on behalf       Case No.3:13-cv-05914-HSG
    of herself and all others similarly situated
18
                                                 **STIPULATION TO CONTINUE**
19              Plaintiff,                        **CERTAIN DATES AND ORDER**
20          v.
21  C-TWO GROUP, INC.; MOBILESOTRM,
    INC.; and DOES 1-50, inclusive,
22
                Defendants.
23

24
25
26
27
28

STIPULATION TO CONTINUE CERTAIN DATES AND [PROPOSED] ORDER

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Jamie Mendez and Defendants C-Two Group, Inc., and C & L Associates, Inc. (together with C-Two Group, "Defendants" and together with Plaintiff the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to this Court's Order, the Parties submitted a Joint Proposed Case Schedule on June 9, 2015;

WHEREAS, on June 15, 2015, the Court ordered, among other dates, the following dates:

1)  Rule 26 initial expert disclosures date is January 22, 2016;

2)  Rule 26 rebuttal expert disclosures date is February 19, 2016;

3)  And the Discovery cut off date for both fact and expert discovery is March 18, 2016;

[Docket No. 78]

WHEREAS, Defendants have moved for summary judgment, Plaintiff opposed, and the Court held a hearing on Defendants' motions;

WHEREAS, the Court has Ordered that Plaintiff's Motion for Class Certification is granted, and Ordered the Parties to meet and confer to submit a stipulation regarding a notice procedure;

WHEREAS, the Parties have met and conferred and concurrently herewith are submitting a stipulation regarding a notice procedure;

WHEREAS, the Parties proposed notice procedure will likely take nearly 60 days from the date the Court accepts the Parties proposed notice procedure (with or without revisions to the proposal), including time for Defendants to provide a class list to the Claims Administrator; for the Claims Administrator to format the list and provide notice to the Class; and for Class Members to choose to opt-out or refrain from so doing;

WHEREAS, the time for Class Members to opt-out will likely extend until the Parties' previous proposed dates to close discovery and conduct expert discovery;

WHEREAS, the Parties are desirous of waiting until the Court enters an Order regarding summary judgment so that they can assess the status of the case before engaging in any potential additional discovery, both fact and expert;

STIPULATION TO CONTINUE CERTAIN DATES AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED that the period of time for the Parties to complete discovery is continued as follows:

1) Rule 26 initial expert disclosures date is 60 days after the Court's Order regarding summary judgment is entered;

2) Rule 26 rebuttal expert disclosures date is 90 days after the Court's Order regarding summary judgment is entered;

3) And the Discovery cut off date for both fact and expert discovery is 120 days after the Court's Order regarding summary judgment is entered.

Dated: December 28, 2015

KEARNEY LITTLEFIELD, LLP
STONEBARGER LAW, APC


By: /s/ Prescott W. Littlefield
Prescott W. Littlefield
*Attorneys for Plaintiff*

Dated: December 28, 2015

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP


By: /s/ Laurie E. Sherwood
LAURIE E. SHERWOOD
ALEXANDER F. PEVZNER
*Attorneys for Defendant*
*C-TWO GROUP, INC.*

Dated:  December 28, 2015

AKAWIE & LAPIETRA


By: /s/ Gregory S. Nerland
GREGORY S. NERLAND
*Attorneys for Defendant*
*C&L ASSOCIATES, INC.*

I, Prescott W. Littlefield, hereby attest that pursuant to LR 5-1(i) I have on file concurrence for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Prescott W. Littlefield
Prescott W. Littlefield

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated: <u>December 28, 2015</u>

4

Hon. Haywood S. Gilliam Jr.

United States District Court Judge

5

Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28